UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

GABRIEL ALEJANDRO VIVAS AVILA,
Plaintiff,
v.
WARDEN, Otay Mesa Detention Center; et al.,
Defendants.

Case No.: 26-cv-4137-BJC-JAC

**ORDER SETTING BRIEFING SCHEDULE**

**[ECF No. 1, 2]**

On July 17, 2026, Petitioner Gabriel Alejandro Vivas Avila filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. After a review of the petition, this Court deems it appropriate to require Respondents to file a response, and finds that representation is necessary given the complexity and potential validity of the constitutional, statutory, and procedural issues presented. *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Additionally, the Court finds a limited stay is necessary to preserve the status quo to allow the Court to provide a reasoned decision on the pending application. *See E-C-R- v. Noem*, No. 3:25-CV-1230-SI, 2025 WL 2300543, at *1 (D. Or. July 16, 2025) (finding an order under the All Writs Act, 28 U.S.C. § 1651, necessary to prevent the arrest, detention or deportation of the plaintiff while the parties litigate the merits of the

plaintiff's motion for injunctive relief); *Du v. United States Dep't of Homeland Sec.*, No. 3:25-CV-644 (OAW), 2025 WL 1317944, at *2 (D. Conn. Apr. 24, 2025) (enjoining the defendants, under the All Writs Act, from removing the plaintiffs from the District of Connecticut to preserve the court's jurisdiction).

Based on the foregoing, the Court **ORDERS**:

1. Federal Defenders of San Diego, Inc. is **CONDITIONALLY APPOINTED** as counsel effectively immediately.

2. Petitioner may file either an amended petition or a status report recommending against appointment no later than **close of business on July 31, 2026**.

3. Respondents shall file a response to the petition no later than **close of business August 7, 2026**. Respondents shall include copies of all pertinent documents, orders, and transcripts relevant to this petition.

4. Petitioner may file a traverse, no later than **close of business August 21, 2026**. Absent further order of this Court, this matter will be deemed under submission at that time.

5. Respondents, their agents, employees, successors, attorneys, and all persons acting in active concert or participation with them are hereby **ENJOINED** from removing Petitioner from the United States or this District pending further order of the Court, to maintain the status quo to allow the Court to provide a reasoned decision to the request at hand.

**IT IS SO ORDERED**.

Dated: July 24, 2025

Honorable Benjamin J. Cheeks
United States District Judge